# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1528
Lower Tribunal No. 2014-CF-14074-A-O

_____

TRAVIS ANTHONY KHAIRULLAH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Chad K. Alvaro, Judge.

June 18, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and BROWNLEE, JJ., concur.

William Mallory Kent, of Kent & McFarland Attorneys at Law, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED